61 A.3d 187

Mabel COTTLE

v.

TENET HEALTH GRADUATE, LLC Graduate Hospital d/b/a Tenet Health System Graduate, LLC, Tenet Health System Graduate, LLC d/b/a Graduate Hospital and Dr. Jay Morros M.D., EPMG of Pennsylvania, P.C.

Appeal of Mabel Cottle.

Supreme Court of Pennsylvania.

Argued April 12, 2011.

Decided Jan. 22, 2013.

Brian Scott Chacker, Edward F. Chacker, Gay Chacker & Mittin, P.C., Philadelphia, for Mabel Cottle.

Daniel James Divis, Gerolamo, McNulty, Divis & Lewbart, P.C., Philadelphia, for EPMG of Pennsylvania, P.C.

Timothy I. McCann, McCann & Geschke, P.C., Philadelphia, for Tenet Health Graduate, LLC Graduate Hospital d/b/a Tenet Health System, et al.

George L. Young Jr., Young & McGilvery, P.C., Philadelphia, for Jay Morros.

Robert B. Hoffman, Eckert Seamans Cherin & Mellot, LLC, Harrisburg, for Appellee Amicus Curiae, Pennsylvania Medical Society.

### ORDER

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**

Justice ORIE MELVIN did not participate in the consideration or decision of this case.